## ALTIERE *v.* UNITED STATES.

No. 100.  Decided January 17, 1966.

*Anna R. Lavin* and *Maurice J. Walsh* for petitioner.

*Solicitor General Cox* for the United States.

PER CURIAM.

In the light of the suggestion of the Solicitor General and an independent examination of the record, the petition for a writ of certiorari is granted, the judgment is vacated, and the case is remanded to the United States District Court for the Northern District of Illinois for further proceedings in light of *Sansone* v. *United States,* 380 U. S. 343.

## SMITH ET AL. *v.* AYRES, MAYOR, ET AL.

No. 690.  Decided January 17, 1966.

*Robert J. Corber* for appellants.

*Wallace E. Sturgis, Jr.,* for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.